WILLIAM HODSON, as Commissioner of Welfare of the City of New York, on the Complaint of BERTHA HOFF, Respondent, *v.* WILLIAM HOFF, Appellant.

Submitted December 6, 1943; decided December 8, 1943.

*Noah Seedman* for motion.

No one opposed.

Motion to resettle order of October 14, 1943, granted. Chapter 777 of the Laws of 1942* has removed from the statute those provisions which previously authorized the court to grant costs upon appeals from orders made in filiation proceedings in the city of New York.

* Amdg. New York City Criminal Courts Act in relation to security for costs on appeal.— [Rep.